1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JASON CHAE MUN,

       Plaintiff,

   v.

JULIE SPECTOR, *et al.*,

       Defendants.

Case No. C13-486RSL

ORDER OF DISMISSAL

On March 20, 2013, plaintiff was ordered to amend his complaint to correct his failure to allege facts that show that the named defendants are not immune from suit for monetary damages.

Although plaintiff responded in a timely manner, his amended complaint does not correct the identified deficiency.  As the Court previously explained, judges, those performing judge-like functions, and prosecutors are entitled to absolute immunity from Section 1983 claims. Ashelman v. Pope, 793 F.2d 1072, 1075 (9th Cir. 1986) (en banc).  Plaintiff, however, is still alleging that the defendants, two state court judges and a deputy prosecuting attorney involved in his ongoing criminal prosecution in state court, violated his First, Fourth, Sixth, Eighth, and Fourteenth Amendment rights and he still seeks recovery of more than $75 million in damages. First Amended Complaint (Dkt. # 8) at 13-120.  His amended complaint is nearly identical to his original complaint and he still fails to show that the named defendants are not immune from Section 1983 claims.

ORDER OF DISMISSAL

1    Plaintiff's amended complaint fails to state a claim upon which relief can be granted.  The

2    above-captioned matter is therefore DISMISSED without prejudice.  The Clerk of Court is

3    directed to enter judgment accordingly.

4    Dated this 30th day of April, 2013.

5

6

7    *MA S Lasnik*

8    Robert S. Lasnik
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF DISMISSAL